Manet Rony Clennein
4326 S. Scatterfield Rd
Suite 153
Anderson, IN 46013

United States District Court
Western District of Wisconsin
120 N. Henry Street
Suite 320
Madison, WI 53703

U.S. POSTAGE PAID
PM 2-Day
ANDERSON, IN
46011
DEC 27, 21
AMOUNT
$8.85
R2304M110997-27

1023  53703

EXPECTED DELIVERY DAY: 12/30/21
USPS TRACKING® #
9505 5108 5772 1361 5195 18

SCANNED