IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MANETIRONY CLERVRAIN AND
FRANCIS COBBINA OSEI-FOSU,

     Plaintiffs,

       v.

PAUL FARROW, GERARD RANDALL, JESSE
GARZA, KATIE MCCALLUM, ANDREW
DAVIS, TOM SCHREIBEL, TYLER AUGUST,
MARIPAT KRUEGER, VAN WANGGARD,
BRIAN WESTRATE, ANDREW HITT,
DOMINGO LEQUIZAMON, KIM TRAVIS,
KIM BABLER, BILL FEEHAN, BOB
SPINDELL, KATHY KIEMAN, DARRYL
CARLSON, JIM MILLER, KELLY RUH,
CAROL BRUNNER, JOHN FANDRICH,
HANNAH TESTIN, DOUG HAAG, KEITH
BEST, AL OTT, SPAM TRAVIS, BILL
BERGLUND, MARK JEFFERSON,
ANNA KELLY, JORDAN MOSKOWITZ,
KHENZER SENAT, JORDAN WILEMAN,
RICH DICKIE, SARA SEDGWICK, DARIUS
ADAMCZYK, QUE DALLARA, RAJEEV
GAUTAM, MARK JAMES, VIMAL KAPUR,
JEFF KIMBELL, GREG LEWIS, ANNE T.
MADDEN, MIKE MADSEN, TIM
MAHONEY, TORSTEN PLIZ, SHANE
TEDJARATI, SURESH VENKATARAYALU,
JOHN WALDRON, DANIEL TOKAJI, ANUJ
DESAI, SUSANNAH CAMIC TAHK,
URSULA WEIGOLD, JINI JASTI, KEVIN
KELLY, BETHANY A. PLUYMERS,
REBECCA SCHELLER, BONNIE SHUCHA,
JASON SMITH, EMILY D. KITE, MOJI
OLANIYAN, SUMUDU ATAPATTU, SARAH
DAVIS, ERIC GIEFER, JILL JACKLITZ,
HEINZ KLUG, KAREN KOETHE, ERIN
MCBRIDE, MITCH, RICHARD MONETTE,
JOHN K.M. OHNESORGE, KIM M.

Case No.  21-cv-819-bbc

PETERSON, RYAN POE-GAVLINSKI, ANNE
SMITH, ADAM STEVENSON AND
ANDREW TURNER,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.


| /s/ | January 28, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |